UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEO ALOYSIUS COLGAN and<br>ANA MARIE TENORIO MEJIA,<br>        Plaintiffs | :<br>:<br>:<br>: |
| V. | :     No.: 3:21cv1633 (SVN) |
| MERRICK GARLAND, UNITED<br>STATES ATTORNEY GENERAL, et al.,<br>        Defendants | :<br>:<br>:<br>: |

## JOINT STIPULATION

On December 8, 2021, Plaintiffs filed a complaint, under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, seeking review of the Defendants' denial of Plaintiff Colgan's I-130 Petition for Alien Relative filed on behalf of Plaintiff Mejia. The Defendants denied the I-130 Petition based on a finding that Plaintiff Mejia previously committed marriage fraud. This finding was made, in part, because Plaintiff Mejia's former spouse, Jessica Castro, stated during a sworn interview with the United States Immigration and Citizenship Services ("USCIS") in May of 2016 that their marriage was for the sole purpose of obtaining immigration benefits. Plaintiffs claim that this statement is false.

In an effort to resolve this matter, the parties agree to the following:

1.     Plaintiffs will schedule the deposition of Jessica Castro within 90 days of the stipulation being approved by the Court, and both parties will have the opportunity to examine the witness at the deposition;

2.     Should the witness's testimony under oath cast doubt on her prior statements to USCIS, the USCIS will reopen Plaintiff Colgan's I-130 Petition for Alien Relative;

3. Plaintiffs will be provided the opportunity to submit additional evidence regarding the bona fides of their marriage, including the deposition transcript, in support of their re-opened I-130 Petition;

4. The Defendants will adjudicate the re-opened I-130 Petition based on all of the available evidence but make no guarantee as to the outcome of the adjudication in this Joint Stipulation;

5. In exchange for reopening the I-130 Petition for Alien Relative, the Plaintiffs agree to withdraw this action with prejudice, no interest or costs to either party;

6. Should the witness's testimony under oath not cast doubt on her prior statements to USCIS, her previous sworn statement, the Parties agree that the Court will issue a decision on the cross motions for summary judgment without further briefing or argument.

7. Should the parties be unable to agree in good faith as to whether the witness's testimony casts doubt on her prior statements or not, the Parties submit the transcript to the Settlement Magistrate Judge for a final decision on that issue and both parties agree to abide by the Settlement Magistrate Judge's decision in that regard.

8. It is the plaintiffs' burden to locate and serve the witness with a subpoena for the deposition. Should the plaintiffs' be unable to locate the witness within the 90 day period from the approval of this stipulation, the parties agree that the Court will issue a decision on the cross motions for summary judgment without further briefing or argument.

9. The parties ask for a 90 day stay of this matter so that the terms of this stipulation may be implemented. The parties will submit a joint report within seven days prior to the expiration of the stay.

| Defendants | Plaintiffs |
|---|---|
| By Their Attorney<br>Vanessa Roberts Avery<br>United States Attorney | By Their Attorney |
| _/s/ David C. Nelson_<br>David C. Nelson (ct25640)<br>Assistant U.S. Attorney<br>157 Church Street, 24th Floor<br>New Haven, Connecticut 06510<br>Tel:  (203) 821-3700<br>David.C.Nelson@usdoj.gov | _/s/ Kevin E. Dehghani_<br>Kevin E. Dehghani, ct 17511<br>Dehghani & Associates, LLC<br>900 Chapple Street, 10th Floor<br>New Haven, CT 06510<br>(203) 773-9513<br>KDehghani@dehghanilaw.com |

The above stipulation is SO ORDERED, except that the Court will interpret Paragraphs 6 and 8 as providing that the parties *do not object* to the Court issuing a decision on the cross motions for summary judgment without further briefing or argument. Should the Court decide it needs further briefing or argument, it will so inform the parties. In addition, the Court will issue a separate order requiring more frequent status reports than provided in Paragraph 9. The case shall be stayed for a period of 90 days from the date of this order.

Date: June 2, 2023

                                              HON. SARALA V. NAGALA
                                              UNITED STATES DISTRICT JUDGE